IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00222-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SULIMAN MALIK EL-AMIN | ) |
| | ) |

**THIS MATTER** comes before the Court upon the defendant's pro se Motion for Abeyance, (Doc. No. 33), seeking permission to file a "place holder" motion in order to raise a claim under <u>Dean v. United States</u>, 137 S. Ct. 1170 (2017), following resolution of his forthcoming motion under 28 U.S.C. § 2255. The defendant has not shown any legal authority for the requested place holder.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion for Abeyance, (Doc. No. 33), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and the United States Attorney.

Signed: February 26, 2018

Robert J. Conrad, Jr.
United States District Judge